**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Steven J. Elie (State Bar No. 130566)
  s.elie@musickpeeler.com
Juan A. Torres (State Bar No. 128181)
  j.torres@musickpeeler.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONNA PODOLSKY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1-25, inclusive, <br><br> Defendant. | Case No. 2:23-cv-02364-SVW-RAOx <br><br> **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> *[Filed Concurrently with Stipulated Protective Order]* |

Good cause having been shown, the parties' Nonna Podolsky and State Farm General Insurance Company's Stipulated Protective Order filed concurrently herewith is accepted and will be entered.  **IT IS SO ORDERED.**

DATED:  July 11, 2023

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

MUSICK, PEELER & GARRETT LLP

Proposed Order re Stipulated Protective Order.docx    1    Case No. 2:23-cv-02364-SVW-RAOx
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER