JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NONNA PODOLSKY,

       Plaintiff,

      vs.

STATE FARM GENERAL
INSURANCE COMPANY, an Illinois
corporation, and DOES 1-25, inclusive,

       Defendant.

Case No. 2:23-cv-02364-SVW-RAOx

**ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE**

**[FED. R. CIV. P. 41(a)(1)(A)(ii)]**

THE COURT, having reviewed of the Joint Stipulation re Dismissal of the Entire

Action With Prejudice, executed by and between Plaintiff NONNA PODOLSKY

("PLAINTIFF"), and Defendant STATE FARM GENERAL INSURANCE

COMPANY ("STATE FARM"), and all parties who have appeared, hereby

orders as follows:

/ / /

/ / /

/ / /

MUSICK, PEELER
& GARRETT LLP

2222218.1

Case No. 2:23-cv-02364-SVW-RAOx

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1

2

### <u>ORDER</u>

3     IT IS HEREBY ORDERED that the stipulated request IS GRANTED.  The

4 case is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

5     **IT IS SO ORDERED**.

6

7 DATED: October 5, 2023

8                        By: _____

9                           Honorable Stephen V. Wilson
                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28